**LEX TECNICA LTD**
F. Christopher Austin
Nevada Bar No. 6559
Kevin M. Ross
Nevada Bar No. 16617
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com
kevin@lextecnica.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ELEVATE AVIATION LLC, a Nevada limited liability company. <br><br> Plaintiff, <br><br> v. <br><br> ELEVATE AVIATION GROUP, LLC, a Florida limited liability company. <br><br> Defendant. | Case No. 2:25-cv-02191-JCM-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Elevate Aviation Group, LLC ("Defendant") to respond to Plaintiff's Complaint will be extended as follows:

1. This is the first requested extension of Defendant's deadline to respond to Plaintiff's Complaint.

2. Plaintiff served Defendant with the Summons and Complaint on February 4, 2026. Defendant's response is currently due on February 25, 2026.

3. Plaintiff and Defendant hereby stipulate to extend the deadline for Defendant to answer or otherwise respond to the Complaint up to and including April 27, 2026.

4. The stipulated extension is supported by good cause under Fed. R. Civ. P. 6(b)(1). The parties are actively engaged in settlement discussions. Additional time to continue those discussions promotes judicial economy as it will likely avoid unnecessary motion practice and expense.

LEX TECNICA
LTD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 518-5535

5. No party will be prejudiced by the stipulated extension, nor will the stipulated extension cause undue delay.

6. The stipulated extension is not brought for any improper purpose.

7. This stipulation is made before the expiration of any applicable deadline and does not waive any defense, objection, or challenge available to Defendant, including under Fed. R. Civ. P. 12, and does not constitute an appearance for purposes of waiving objections to personal jurisdiction or venue.

**IT IS SO STIPULATED AND AGREED.**

DATED this 25th day of February 2026.

| LEX TECNICA LTD | DICKINSON WRIGHT PLLC |
|---|---|
| */s/ F. Christopher Austin* | */s/ John L. Krieger* |
| F. CHRISTOPHER AUSTIN | JOHN L. KRIEGER, ESQ. |
| Nevada Bar No. 6559 | Nevada Bar No. 6023 |
| KEVIN M. ROSS, ESQ. | JORDAN M. MARCHELLO, ESQ. |
| Nevada Bar No. 16617 | Nevada Bar No. 16926 |
| 10161 Park Run Drive, Suite 150 | 3883 Howard Hughes Parkway, Suite 800 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89169 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   February 26, 2026